**No. P67/153.**—B. Shackman & Co., Inc. *v.* United States, protest 65/953 (New York).

**No. P67/154.**—Sol Westheimer Co., Inc. *v.* United States, protest 65/1838 (New York).

**No. P67/155.**—Bloomingdale Bros. (a div. of Fed. Dept. Stores, Inc.) *v.* United States, protest 65/19106 (New York).

Oliver, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plastic paperweights similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (50 Cust. Ct. 226, Abstract 67488), the claim of the plaintiffs was sustained.